**MORRISON | FOERSTER**

755 PAGE MILL ROAD
PALO ALTO
CALIFORNIA 94304-1018

TELEPHONE: 650.813.5600
FACSIMILE: 650.494.0792

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

NORTHERN VIRGINIA, DENVER,
SACRAMENTO, WALNUT CREEK

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

April 2, 2010

Writer's Direct Contact
650.813.5947
Telefacsimile: 650.251.3509
RBallinger@mofo.com

Clerk of the Court
United States Court of Appeal for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

Re: Appeal: *California Foster Parent Assn. v. Wagner*, No. 09-15025
Panel: Judges M. SCHROEDER, C. LUCERO (10th Cir.), C. CALLAHAN
Date of Oral Argument: December 7, 2009
Submission Vacated: December 8, 2009, Pending Decision in *Alliance of Child and Family Services v. Allenby*, 9th Cir. No. 08-16267 (decided December 14, 2009).

Dear Clerk of the Court:

We write on behalf of Appellees California State Foster Parent Association, California Sate Care Providers Association, and Legal Advocates for Permanent Parenting to inquire regarding the status of this Appeal.

This Appeal was argued and submitted on December 7, 2009. On December 8, 2009 the submission was vacated pending the decision of this Court in *California Alliance of Child and Family Services v. Allenby*, No. 08-16267, or pending further order of the Court. Appeal No. 08-16267 was decided on December 14, 2009, but no order resubmitting this Appeal to the Panel has yet been entered.

We accordingly respectfully request that this Appeal be resubmitted to the Panel unless any further information or briefing is needed from the parties.

Most sincerely,

/s/ Richard S. Ballinger
Morrison & Foerster LLP

Attorneys for Appellees

pa-1397221

## CERTIFICATE OF SERVICE
### When All Case Participants are Registered for the Appellate CM/ECF System

<u>U.S. Court of Appeal Docket Number</u>:  09-15025.  I hereby certify I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for theNinth Circuit by using the appellate CM/ECF system on April 2, 2010.

I certify that all participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

Signature:   s/ Richard S. Ballinger

pa-1397221